| | |
|---|---|
| JASON SPIEGAL and CHERIE SPIEGAL,<br><br>Plaintiff,<br><br>vs.<br><br>ZIMMER BIOMET, INC. F/K/A ZIMMER, INC. and ZIMMER BIOMET HOLDINGS, INC. F/K/A ZIMMER HOLDINGS INC.,<br><br>Defendant. | Case No.: 2:19-cv-00937-TLN-EFB<br><br>Hon. Troy L. Nunley<br><br>**ORDER REGARDING JOINT MOTION TO STAY PROCEEDINGS AND ANSWER DEADLINE PENDING TRANSFER TO MULTIDISTRICT LITIGATION**<br><br>[Filed Concurrently with Joint Motion to Stay Proceedings and Answer Deadline Pending Transfer to Multidistrict Litigation] |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1

ORDER REGARDING JOINT MOTION TO
STAY PROCEEDINGS
Case. No. 2:19-cv-00937-TLN-EFB

Having reviewed the parties' Joint Motion to Stay Proceedings and Answer Deadline Pending Transfer to Multidistrict Litigation.

**IT IS HEREBY ORDERED** this 3rd day of July, 2019 that:

1. The Joint Motion to Stay Proceedings and Answer Deadline Pending Transfer to Multidistrict Litigation is GRANTED;
2. All proceedings in this action are hereby STAYED; and

The July 5, 2019, deadline to file an Answer to the Complaint is hereby STRICKEN.

DATED: July 3, 2019

Troy L. Nunley
United States District Judge

2

ORDER REGARDING JOINT MOTION TO STAY PROCEEDINGS
Case. No. 2:19-cv-00937-TLN-EFB